UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| MIGUEL A. RAMIREZ, | ) |
| Plaintiff, | ) Case No: 3-07-cv-294-RCJ-RAM |
| vs. | ) |
| | ) ORDER OF DISMISSAL WITHOUT |
| JACKIE CRAWFORD, et al., | ) PREJUDICE PURSUANT TO RULE 4(m) |
| | ) FEDERAL RULES OF CIVIL |
| Defendants. | ) PROCEDURE |

Notice having been sent on December 7, 2009 [145], and plaintiff having failed to show good cause why this action should not be dismissed against defendant Fritz Schlottman without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice as to defendant **Fritz Schlottman**.

DATED this 19th day of October, 2010.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE