1

2

3

4

5

6                         **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF NEVADA**

8  MIGUEL A. RAMIREZ,                          )

9                    Plaintiff,                )          3:07-cv-00294-RCJ-RAM

10  v.                                         )

11                                             )          **ORDER**

    ADAMSON, et al.,                           )

12                                             )

13                    Defendants.              )

14 _____        )

15      Before the Court is the Report and Recommendation of the United States Magistrate

16 Judge (#180) ("Recommendation") entered on February 8, 2011, in which the Magistrate

17 Judge recommends that this Court grant Defendants' Motion for Summary Judgment.

18      No objection to the Report and Recommendation has been filed.

19                                **I. DISCUSSION**

20      This Court "may accept, reject, or modify, in whole or in part, the findings or

21 recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C.

22 § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation,

23 then this Court is required to "make a de novo determination of those portions of the [report

24 and recommendation] to which objection is made."[1]  Nevertheless, the statute does not

25 "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474

26 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any

27

28

_____

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

1  review at all . . . of any issue that is not the subject of an objection." Id. at 149.  Similarly, the

2  Ninth Circuit has recognized that a district court is not required to review a magistrate judge's

3  report and recommendation where no objections have been filed. See United States v. Reyna-

4  Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the

5  district court when reviewing a report and recommendation to which no objections were made);

6  see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth

7  Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to

8  review "any issue that is not the subject of an objection."). Thus, if there is no objection to a

9  magistrate judge's recommendation, then this Court may accept the recommendation without

10  review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate

11  judge's recommendation to which no objection was filed).

12      In this case, there have been no objections filed to the Magistrate Judge's Report and

13  Recommendation.  Although no objection was filed, this Court has reviewed the Report and

14  Recommendation (#180) and accepts it.  Accordingly,

15      IT IS HEREBY ORDERED that Plaintiff's claims, as set forth at III.B.3(1), (2) and (4)-

16  (16) are DISMISSED WITHOUT PREJUDICE as a result of Plaintiff's failure to exhaust his

17  administrative remedies pursuant to 42 U.S.C. § 1997e(a).

18      IT IS FURTHER ORDERED that Plaintiff's claim that he suffered hearing loss as a

19  result of his confinement (Doc. #37 14-16 at ¶¶ 1-10) is DISMISSED WITHOUT PREJUDICE

20  because it is barred by the applicable statute of limitations.

21      IT IS FURTHER ORDERED that Plaintiff's claims: (1) alleging due process violations

22  as a result of being confined in de facto administrative segregation from September 31, 2005

23  to June 27, 2006 and August 29, 2006 to October 10, 2006, and (2) alleging deliberate

24  indifference to a serious medical need in violation of the Eighth Amendment are DISMISSED

25  WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e).

26      IT IS FURTHER ORDERED that Plaintiff's remaining state law claims are DISMISSED

27  WITHOUT PREJUDICE.

28      IT IS FURTHER ORDERED that Defendants' motion for summary judgment (#154) is

GRANTED as to all remaining claims.

IT IS SO ORDERED.

DATED: This 18th day of March, 2011.

UNITED STATES DISTRICT JUDGE