AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____DISTRICT OF___NEVADA_____

MIGUEL A. RAMIREZ,

         Plaintiff,                 JUDGMENT IN A CIVIL CASE

   V.

                                     CASE NUMBER:  3:07-CV-00294-RCJ-RAM

ADAMSON, et al.,

         Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that  Plaintiff's claims, as set forth at III,B.3(1), (2)and(4)-16 are DISMISSED WITHOUT PREJUDICE as a result of Plaintiff's failure to exhaust his administrative remedies.  FURTHER ORDERED that Plaintiff's claim that he suffered hearing loss as a result of his confinement [37] is DISMISSED WITHOUT PREJUDICE because it is barred by the applicable statute of limitations.  FURTHER ORDERED that Plaintiff's claims: (1) alleging due process violations as a result of being confined in de facto administrative segregation from 09/31/2005 to 06/27/2006 and 08/29/2006 to 10/10/2006, and (2) alleging deliberate indifference to a serious medical need in violation of the Eight Amendment are DISMISSED WITHOUT PREJUDICE.  FURTHER ORDERED that Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE. FURTHER ORDERED that Defendants' motion for summary judgment [154] is GRANTED as to all remaining claims.

    _March 21, 2011_____                    **LANCE S. WILSON**
          Date                                     Clerk

                                          _/s/  M. Campbell_____
                                            Deputy Clerk